UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIC JANISCH,<br><br>                Plaintiff,<br><br>    v.<br><br>KRATZ, *et al.*,<br><br>                Defendants. | Case No. 3:24-CV-00228-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS AND STAY CASE** |

On April 2, 2025, the Court entered an order setting a case management conference. (ECF No. 18.) On April 16, 2025, Defendants filed their Case Management Report, (ECF No. 19), which was mailed to Plaintiff at High Desert State Prison ("High Desert"). On April 17, 2025, High Desert returned this document as "undeliverable," stating that Plaintiff was no longer in custody. (ECF No. 20.) Therefore, it appears Plaintiff is no longer in custody. However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Based on the above, Plaintiff shall have until **Monday, June 16, 2025** to file a notice of change of address, or this Court will recommend that this action be dismissed.

The case is hereby **STAYED** in its entirety until Plaintiff files a notice of change of address.

       **DATED**: __April 17, 2025__.

UNITED STATES MAGISTRATE JUDGE